FILED

07 DEC 26 PM 1:3

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___P/V___    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>Elias YEPEZ-Lopez<br><br>                Defendant. | Magistrate Case No.: '07 MJ 2984<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about December 22, 2007, within the Southern District of California, defendant Elias YEPEZ-Lopez did knowingly and intentionally import approximately 19.32 kilograms of cocaine a schedule II Controlled Substance into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Donald E. Webster, Special Agent
U.S. Immigration & Customs
Enforcement   Chad N. Worgen  cnw

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 26th DAY OF December, 2007.

_____
U.S. Magistrate Judge

**UNITED STATES OF AMERICA**
v.
**Elias YEPEZ-Lopez**

PROBABLE CAUSE STATEMENT

I, Special Agent Donald E. Webster, declare under penalty of perjury, the following is true and correct:

On December 22, 2007, Elias YEPEZ-Lopez entered the United States through the Calexico, California West Port of Entry. YEPEZ was the driver, sole occupant and registered owner of 2004 Nissan Xterra, bearing CAUS- license plate 6BEA013. Customs and Border Patrol Officer A. Lopez received a negative Customs declaration and began inspecting the vehicle. The officer noted the rear cargo floor area was not normal and appeared to have been tampered with. Officer Lopez referred the vehicle to vehicle secondary where Officer Randolph and his K-9 partner "PINA" inspected/searched the vehicle resulting in a positive indication for the presence of narcotics. Officers then discovered 18 packages containing a white powdery substance that field tested positive for cocaine. The packages were concealed underneath the floorboards in the rear cargo area of the vehicle. The combined weight of the 18 packages was 19.32 kilograms, of cocaine.

/
/
/
/
/
/
/
/
/

YEPEZ was arrested in violation of Title 21 United States Code (USC) 952, Importation of a Controlled Substance. YEPEZ acknowledged and waived his Miranda Rights and admitted knowledge of smuggling drugs in the vehicle for a payment equaling approximately $1,000.00 US.

Executed on December 23, 2007 at 1104 hours

*Donald E. Webster*
Donald E. Webster, SPECIAL AGENT
Immigration and Customs Enforcement

On the basis of the facts presented in the probable cause statement consisting of three (3) pages, I find probable cause to believe that the defendant, YEPEZ, named in this probable cause statement committed the offense on December 22, 2007, in violation of Title 21 United States Code, Section(s) 952 & 960

_____             12/23/07 - 12:15 PM
United States Magistrate Judge         Date/Time